United States District Court
Southern District of Texas
**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CAUSE NO. 4:24-cv-01648 |
| | § | |
| CIRCLE K STORES, INC. | § | |
| | § | |
| Defendant. | § | |

### SECOND AMENDED DOCKET CONTROL ORDER

The case will be controlled by the following dates:

### DEADLINES

1. August 1, 2025    MOTIONS TO AMEND THE PLEADINGS

2. August 1, 2025    MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. N/A    MOTION TO CERTIFY CLASS The party seeking certification will file a motion and supporting memorandum by this date.

4. July 1, 2025    Identification of experts by the party with the burden of proof
On the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fees experts and reports may be included in the Joint Pretrial Order.

5. August 1, 2025    Identification of responsive production of experts and production experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fees experts and reports may be included in the Joint Pretrial Order.

6. October 3, 2025    COMPLETION OF DISCOVERY Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

1

| | | |
|---|---|---|
| 7. | N/A | **LIMITS OF DISCOVERY** |
| 8. | October 3, 2025 | **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE** Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse. |
| 9. | (See paragraph 8) | **DISPOSITIVE MOTIONS** |
| 10. | November 7, 2025 | **ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE** |
| 11. | December 5, 2025 | **JOINT PRETRIAL ORDER** Plaintiff is responsible for timely filing the complete joint pretrial order. The court will not accept separate versions of the pretrial order. |
| 12. | December 12, 2025 2:30 p.m. | **DOCKET CALL** No instrument filed within three days of docket call will be considered. All pending motion may be rule on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed. |

June 2, 2025
DATE

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

2

Respectfully Submitted,

**STEPTOE & JOHNSON PLLC**
711 Broadway Street, Suite 220
San Antonio, TX 78215
(210) 953-1955
(210) 905-4256 (Facsimile)

By: */s/ Adam D. Boland*
    **ADAM D. BOLAND**
    State Bar No. 24045520
    adam.boland@steptoe-johnson.com
    **SOÑA RAMIREZ**
    State Bar No. 24040330
    sona.ramirez@steptoe-johnson.com

**ATTORNEYS FOR DEFENDANT**

**THE COX PRADIA LAW FIRM, PLLC**
2402 Rosedale Street
Houston, TX 77004
Tel. (713) 752-2300
Fax. (713) 752-2812

By:   */s/ Troy J Pradia*
    **TROY J. PRADIA**
    Texas Bar No. 2401195
    tjp@coxpradialaw.com
    eservetjp@coxpradialaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of May, 2025, a true and correct copy of the foregoing document was delivered via ECF to all counsel of record.

    */s/ Adam D. Boland*
    Adam D. Boland

3